LAURA W. SAVAGE, Respondent, *v.* ELIZA ANN CRILL, Impleaded, etc., Appellant.

(Argued January 27, 1880; decided February 3, 1880.)

*W. E. Scripture* for appellant.

*Ward Hunt, Jr.,* for respondent.

AGREE to affirm on opinions of court below.
All concur.
Order affirmed.